In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted April 9, 2012; decided May 1, 2012

Motion by the Bronx County Bar Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted April 23, 2012; decided May 1, 2012

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

ERICA L. NIEMANN et al., as Coadministrators of the Estate of TIMOTHY W. NIEMANN, Deceased, Appellants, v ST. JOSEPH'S HOSPITAL HEALTH CENTER et al., Respondents, et al., Defendants.

Submitted February 21, 2012; decided May 1, 2012

Motion for reargument of motion for leave to appeal denied [see 18 NY3d 875 (2012)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY GAMBLE, Appellant.

Submitted March 26, 2012; decided May 1, 2012

Motion for reargument denied [see 18 NY3d 386 (2012)].